| | |
|---|---|
| J. DAVID HADDEN (CA BAR NO. 176148)<br>dhadden@fenwick.com<br>RYAN J. MARTON (CA BAR NO. 223979)<br>rmarton@fenwick.com<br>PHILLIP J. HAACK (CA BAR NO. 262060)<br>phaack@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:     650.988.8500<br>Facsimile:      650.938.5200<br><br>Attorneys for Plaintiff,<br>DELPHIX CORP. | S. GIRI PATHMANABAN (Bar No. 284802)<br>giri.pathmanaban@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>MAXIMILIAN A. GRANT (pro hac vice)<br>max.grant@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br><br>CHI CHEUNG (pro hac vice)<br>chi.cheung@lw.com<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br><br>Attorneys for Defendant,<br>ACTIFIO, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHIX CORP.,<br><br>          Plaintiff,<br><br>     v.<br><br>ACTIFIO, INC.,<br><br>          Defendant. | Case No.: 3:13-cv-04613-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT ACTIFIO'S MOTION TO DISMISS DELPHIX'S INDIRECT AND WILLFUL INFRINGEMENT CLAIMS AND RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: October 4, 2013<br>Trial Date: None set |

Pursuant to Local Rule 6-2 and Local Rule 7-12, Plaintiff Delphix Corp. ("Delphix") and

Defendant Actifio, Inc. ("Actifio") (collectively, the "Parties"), stipulate and jointly request that the Court extend the briefing schedule for Actifio's Motion to Dismiss Delphix's Indirect and Willful Infringement Claims [Dkt. No. 21] as set forth below.

WHEREAS, Actifio, on December 12, 2013, filed its Motion to Dismiss Delphix's Indirect and Willful Infringement Claims [Dkt. No. 21];

WHEREAS, pursuant to Local Rule 7-3, the last day for Delphix to file an opposition to Actifio's motion to dismiss was December 26, 2013, and the last day for Actifio to file a reply in support of its motion was January 2, 2014, but the parties filed a joint stipulation [Dkt. No. 23] extending those dates to December 30, 2013 and January 6, 2014, respectively;

WHEREAS, pursuant to the Clerk's Notice Continuing Motion to Dismiss Hearing [Dkt. No. 22], the hearing on Actifio's motion to dismiss has been scheduled for March 6, 2014;

WHEREAS, the parties have agreed that a three week extension of the time for Delphix to file its opposition, and a three week extension of the time for Actifio to file its reply, are appropriate to accommodate both parties' attorneys' schedules and the date of the hearing;

WHEREAS, a Case Management Conference is currently set for February 13, 2014 [Dkt. No. 20] in this case;

WHEREAS, Actifio's lead counsel, Maximilian Grant, is scheduled to be at trial on another matter in Washington D.C. on February 13, 2014, and therefore cannot attend the Case Management Conference on that date;

WHEREAS, the parties have agreed that the Case Management Conference be rescheduled to March 13, 2014, so that Actifio's lead counsel can attend;

THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing, the Case Management Conference and the briefing schedule for Actifio's Motion to Dismiss Delphix's Indirect and Willful Infringement Claims shall be modified as set forth below:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Last Day for Delphix to file opposition to Actifio's Motion to Dismiss Delphix's Indirect and Willful Infringement Claims | 12/26/2013 | 1/16/2014 |

| Event | Current Date | Proposed Date |
|---|---|---|
| | | |
| Last Day for Actifio to file reply in support of its Motion to Dismiss Delphix's Indirect and Willful Infringement Claims | 1/2/2014 | 2/13/2014 |
| Case Management Conference | 2/13/2014 | 3/13/2014[1] |

Dated:  December 30, 2013         FENWICK & WEST LLP


                                  By: /s/ *Phillip J. Haack*
                                      Phillip J. Haack
                                      Attorneys for Plaintiff
                                      Delphix Corp.

Dated:  December 30, 2013         LATHAM & WATKINS LLP


                                  By: /s/ *Chi Cheung*
                                      Chi Cheung
                                      Attorneys for Defendant
                                      Actifio, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

                                  Dated: 12/30/13

_____
The Honorable Richard G. Seeborg
United States District Judge

---

[1] Actifio reserves its rights to request a further extension to this date should Delphix file a second amended complaint