UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DELPHIX CORP.,

    Plaintiff,

v.

ACTIFIO, INC.,

    Defendant.

Case No.  13-cv-04613-BLF

**CASE MANAGEMENT ORDER**

On 05/15/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 09/11/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT the Claim Construction Tutorial is set for 01/09/2015
6  at 9:00 am.
7  IT IS FURTHER ORDERED THAT the Claim Construction Hearing is set for 01/16/2015
8  at 9:00 am.

11  Dated:  May 15, 2014

_____
BETH LABSON FREEMAN
United States District Judge