UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHIX CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>ACTIFIO, INC.,<br><br>        Defendant. | Case No. 13-cv-04613-BLF<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 96] |

Before the Court is plaintiff Delphix Corp.'s Administrative Motion to File Under Seal, whereby Plaintiff seeks to seal a portion of its reply brief in support of its Motion to Amend and Supplement Declaratory Judgment Complaint. Admin. Mot., ECF 96. Plaintiff seeks to redact a diagram in the reply brief that "contains competitively sensitive information regarding the design and operation of Delphix's product." Decl. of Julia M. Kolibachuk ¶ 4, ECF 96-1. The Court finds pursuant to *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) that compelling reasons weigh in favor of this modest sealing request, which is narrowly tailored to sealing only the sealable matter.

Plaintiff's Administrative Motion to File Under Seal is accordingly GRANTED. The unredacted version of Plaintiff's reply brief (ECF 96-4) shall remain under seal.

Plaintiff is further ordered to file the redacted version of its reply brief into the public record **within four (4) days** of the date of this order.

**IT IS SO ORDERED.**

Dated: October 17, 2014

                                                            BETH LABSON FREEMAN<br>
                                                            United States District Judge