UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHIX CORP., <br><br> Plaintiff, <br><br> v. <br><br> ACTIFIO, INC., <br><br> Defendant. | Case No.  13-cv-04613-BLF <br><br> **CASE MANAGEMENT ORDER** |

On November 13, 2014, this Court entered a partial stay pending decision on Defendant's petitions for *inter partes* review.  ECF 118.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Statement Due By | April 9, 2015 |
| Further Case Management Conference | April 16, 2015 at 1:30 p.m. |
| Claim Construction Tutorial | August 7, 2015 at 9:00 a.m. |
| Claim Construction Hearing | August 14, 2015 at 9:00 a.m. |

IT IS FURTHER ORDERED that the parties shall meet and confer to develop a stipulated claim construction briefing schedule in the event the stay is lifted in April 2015.  The parties may present their stipulated schedule in the further case management statement due April 9, 2015.

**IT IS SO ORDERED.**

Dated: November 18, 2014

_____
BETH LABSON FREEMAN
United States District Judge