UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHIX CORP.,<br>          Plaintiff,<br>    v.<br>ACTIFIO, INC.,<br>          Defendant. | Case No.  13-cv-04613-BLF<br><br>**ORDER GRANTING STIPULATION TO CHANGE TIME**<br><br>[Re: ECF 122] |

The Court is in receipt of the parties' stipulation to continue the hearing on Plaintiff's Motion to Amend and Supplement Declaratory Judgment Complaint (ECF 79) presently scheduled for December 4, 2014.  Stip., ECF 122.  The request is GRANTED with the following instruction to the parties:

Plaintiff's Motion to Amend is terminated with leave to re-notice the fully briefed motion for hearing after a decision by the Massachusetts Court.  The motion papers need not be re-filed.  Should the parties determine that no oral argument is needed, they may alternatively stipulate to submit the matter on the papers.

**IT IS SO ORDERED.**

Dated: November 21, 2014

BETH LABSON FREEMAN
United States District Judge