UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHIX CORP., <br>         Plaintiff, <br>   v. <br> ACTIFIO, INC., <br>         Defendant. | Case No. 13-cv-04613-BLF <br><br> **CASE MANAGEMENT ORDER** |

On May 21, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following the Parties shall file a 5 page supplement to Case Management Statement by 06/04/2015.

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated:  May 21, 2015

BETH LABSON FREEMAN
United States District Judge